UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

VoiceStream Minneapolis, Inc., f/k/a APT Minneapolis, Inc., a Delaware corporation,

Plaintiff-Petitioner,

v.

City of Minneapolis, a Minnesota municipal corporation,

Defendant-Respondent.

File No. 01-1327 DDA/SRN

The Honorable Donald D. Alsop

**STIPULATION AND ORDER**

**STIPULATION**

Plaintiff APT Minneapolis, Inc and defendant City of Minneapolis, by their respective counsel, hereby stipulate as follows:

1. The undersigned, counsel for plaintiff and defendant, agree and jointly request the Court, pursuant to Fed. R. Civ. P. 16(b), modify the Court's October 1, 2001 scheduling order to extend the date for serving, filing and scheduling dispositive motions until December 20, 2001. Under the Court's current scheduling order, the deadline for serving, filing and scheduling dispositive motions is December 1, 2001.

2. The parties are diligently working toward a settlement which will hopefully be reached by the parties on or before the December 18, 2001 settlement conference scheduled before the court. Given the status of settlement discussions, the parties, by mutual consent, have continued the hearing of their cross motions for summary judgment before the Honorable Donald D. Alsop to January 3, 2002 at 10:00 a.m.

NOV 28 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. Plaintiff and defendant have now served their respective cross motions for summary judgment. As the Court's scheduling order currently stands, the responses and subsequent replies are due on December 1, 2001. The parties have agreed subject to this Court's approval, to extend the time for the responses to December 18, 2001 and extend the time for the replies to December 20, 2001. Per Judge Alsop's request, the parties will file their respective motions for summary judgment by December 1, 2001.

Respectfully submitted this 27th day of November, 2001.

Gary A. Van Cleve (156310)
James M. Susag (261038)
Mark D. Christopherson (276182)
LARKIN, HOFFMAN, DALY & LINDGREN, Ltd.
1500 Norwest Financial Center
7900 Xerxes Avenue South
Bloomington, Minnesota 55431-1194
(612) 835-3800

Attorneys for VoiceStream Minneapolis, Inc., f/k/a APT Minneapolis, Inc.

Carol Lansing (229982)
Assistant City Attorney
Minneapolis City Attorney's Office
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402
(612) 673-2554

Attorneys for Defendant City of Minneapolis

**ORDER**

Based on the stipulation of the parties, and for good cause shown, it is hereby ordered:

1. That the Court's October 1, 2001 scheduling order in the above-captioned case is modified to extend the date for filing and scheduling dispositive motions until December 20, 2001.

Dated: 11/27/01

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

721125.1