UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

VoiceStream Minneapolis, Inc., f/k/a APT Minneapolis, Inc., a Delaware corporation,

Plaintiff,

vs.

City of Minneapolis, a Minnesota municipal corporation,

Defendant.

Court File No. 01-1327(DDA/SRN)

The Honorable Donald D. Alsop

STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER

---

It is hereby stipulated and agreed by and between the parties, through their respective counsel, that Plaintiff's Complaint in the above entitled action may be dismissed with prejudice pursuant to Rule 41 (a)(1), Federal Rules of Civil Procedure, and that the Court may enter and file the following Order.

Dated: 2/11/02

JAY M. HEFFERN
City Attorney
By
CAROL LANSING
Assistant City Attorney
Attorney Reg. No. 229982
300 Metropolitan Centre
333 South Seventh Street
Minneapolis, MN 55402-2453
(612) 673-2554

Attorneys for Defendant

Dated: 2/8/02

GARY A. VAN CLEVE
Attorney Reg. No. 156310
Larkin, Hoffman, Daly & Lindgren, Ltd.
1500 Wells Fargo Plaza
7900 Xerxes Avenue South
Bloomington, MN 55431-1194
(952) 835-3800

Attorney for Plaintiff

MAR 07 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Pursuant to the above Stipulation of Dismissal with Prejudice, the above referenced matter is dismissed with prejudice and without costs or disbursements to any party.

Dated: March 7, 2002

Judge of United States District Court